IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| FRED HUFFMAN, | § | |
| | § | No. 558, 2016 |
| Defendant Below- | § | |
| Appellant, | § | |
| | § | |
| v. | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID 1112004258 |
| Plaintiff Below- | § | |
| Appellee. | § | |

Submitted: January 18, 2017
Decided: February 27, 2017

Before **HOLLAND**, **VALIHURA**, and **VAUGHN**, Justices

# **O R D E R**

This 27th day of February 2017, the Court has considered carefully the appellant's opening brief, the State's motion to affirm, and the record on appeal and has determined that the judgment below should be affirmed on the basis of and for the reasons assigned by the Superior Court in its well-reasoned Order dated October 20, 2016. The appellant pled guilty in 2012 to a crime he admitted committing in 1993.[1] As a matter of law, his sentence

---

[1] *See Huffman v. State*, 2015 WL 4094234, *3 (Del. July 6, 2015) ("The transcript of the guilty plea reflects that Huffman understood the relevant time period [of his sexual offense against his minor stepdaughter] was January 1, 1993 to December 31, 1993").

could only be entered under the Truth in Sentencing Act, which became effective for all crimes committed after June 29, 1990.[2]

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/ Karen L. Valihura
Justice

---

[2] *Evans v. State*, 822 A.2d 539, 554 (Del. 2005).